UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AKEYAYA ELISE AKO,

   Plaintiffs,

  v.

COSTCO WHOLESALE CORPORATION,

   Defendants.

Case No.  23-cv-02950-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 1/12/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 12/15/2023.

DESIGNATION OF EXPERTS: 1/18/2024; REBUTTAL: 2/9/2024;
  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 2/29/2024.

DISPOSITIVE MOTIONS **SHALL** be filed by; 3/8/2024;
  Opp. Due: 3/22/2024; Reply Due: 3/29/2024;
  and set for hearing no later than 4/12/2024 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  5/7/2024
PRETRIAL CONFERENCE DATE: 5/21/2024 at 1:30 PM.

JURY TRIAL DATE: 6/3/2024 at 8:30 AM.
  Courtroom 1, 17th floor.

TRIAL LENGTH is TBD.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

1  The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.
2  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: October 16, 2023

_____
SUSAN ILLSTON
United States District Judge